IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

STEVE LEBRUN,

    Plaintiff,                                       Case No. 1:16-cv-24067-JAL

v.

EQUIFAX INFORMATION SERVICES LLC,
and STERLING JEWELERS INC.,
d/b/a Jared The Galleria Of Jewelery,

    Defendants.
_____/

**DEFENDANT STERLING JEWELERS INC.'S**
**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Defendant Sterling Jewelers Inc. ("Sterling"), by and through undersigned counsel and pursuant to this Court's Order dated September 28, 2016 (Dkt. No 5), hereby files its Certificate of Interested Persons and Corporate Disclosure Statement, and certifies that, to the best of the knowledge of Sterling and its undersigned counsel, the following is a full and complete list of any and all persons, associated persons, firms, partnerships, and/or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, publicly held corporations that own 10% of more of the stock of a party, and other identifiable legal entities related to a party:

| | |
|---|---|
| Steve Lebrun | Jason Weaver |
| Equifax Information Services, LLC | Jason Weaver P.A. |
| Sterling Jewelers Inc. | John Anthony Love |
| Signet U.S. Holdings Inc. | King & Spalding LLP |
| Signet Holdings Limited | Joshua A. Mize |
| Signet Group Limited | Morris, Manning & Martin, LLP |
| Signet Jewelers Limited | |

- 2 -

DATED: October 9, 2016.                Respectfully submitted,


*/s/ Joshua A. Mize*
**Joshua A. Mize, Esq.**
Florida Bar No. 86163
jmize@mmmlaw.com
**MORRIS, MANNING & MARTIN, LLP**
1401 Eye Street, N.W., Suite 600
Washington, D.C. 20005
Phone: (202) 971-4085
Fax: (202) 408-5146

*Attorney for Defendant,*
*Sterling Jewelers Inc.*

- 3 -

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of October, 2016, a copy of the foregoing document was filed with the Court via the Court's CM/ECF system, which will send notice of such filing to all counsel of record.

                                                  */s/ Joshua A. Mize*
                                                  Joshua A. Mize, Esq.